**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark A. Shorette                  CHAPTER 13

<u>Debtor(s)</u>

                                            BKY. NO. 25-11799 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                           Respectfully submitted,

           /s/ *Matthew Fissel*

           Matthew Fissel
           14 May 2025, 16:15:04, EDT

              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322