| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XKK 23640503 | 01/200 | 6800525 | 1 of 1 |

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

**Earnings Statement** ADP

Period Starting: 04/20/2025
Period Ending: 05/03/2025
Pay Date: 05/08/2025

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 0    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2400.00 | 22920.00 |
| Gross Pay | | | $2,400.00 | $22,920.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.73 | 1777.70 |
| Social Security | -148.80 | 1421.04 |
| Medicare | -34.80 | 332.34 |
| Pennsylvania State Income | -73.68 | 703.64 |
| Pennsylvania State UI | -1.68 | 16.05 |
| Lower Macungie T Local | -24.00 | 229.20 |
| Lower Macungie Twp Local | -2.00 | 20.00 |
| Net Pay | $1,924.31 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1924.31 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,400.00

---

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date: 05/08/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1924.31 |

**THIS IS NOT A CHECK**

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XKK 23640503 | 01/200 | 6773828 | 1 of 1 |

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

## Earnings Statement



Period Starting: 04/06/2025
Period Ending: 04/19/2025
Pay Date: 04/24/2025

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 0                Federal:
  State: 0                  State:
  Local: 0                  Local:
Social Security Number: XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2040.00 | 20520.00 |
| Gross Pay | | | $2,040.00 | $20,520.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -147.53 | 1586.97 |
| Social Security | -126.48 | 1272.24 |
| Medicare | -29.58 | 297.54 |
| Pennsylvania State Income | -62.63 | 629.96 |
| Pennsylvania State UI | -1.43 | 14.37 |
| Lower Macungie T Local | -20.40 | 205.20 |
| Lower Macungie Twp Local | -2.00 | 18.00 |
| Net Pay | $1,649.95 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1649.95 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,040.00

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date: 04/24/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1649.95 |

**THIS IS NOT A CHECK**

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XKK 23640503 | 01/200 | 6747191 | 1 of 1 |

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

**Earnings Statement**

ADP

Period Starting: 03/23/2025
Period Ending: 04/05/2025
Pay Date: 04/10/2025

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 0    Federal:
  State: 0     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2400.00 | 18480.00 |
| **Gross Pay** | | | **$2,400.00** | **$18,480.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.73 | 1439.44 |
| Social Security | -148.80 | 1145.76 |
| Medicare | -34.80 | 267.96 |
| Pennsylvania State Income | -73.68 | 567.33 |
| Pennsylvania State UI | -1.68 | 12.94 |
| Lower Macungie T Local | -24.00 | 184.80 |
| Lower Macungie Twp Local | -2.00 | 16.00 |
| **Net Pay** | **$1,924.31** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX.... | XXXXXXXXX | 1924.31 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,400.00

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date: 04/10/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXX | XXXXXXXXX | 1924.31 |


THIS IS NOT A CHECK

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XKK 23640503 | 01/200 | 6722040 | 1 of 1 |

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

**Earnings Statement**

ADP

Period Starting: 03/09/2025
Period Ending: 03/22/2025
Pay Date: 03/27/2025

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal: 0                  Federal:
  State:   0                  State:
  Local:   0                  Local:
Social Security Number: XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2400.00 | 16080.00 |
| Gross Pay | | | $2,400.00 | $16,080.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.73 | 1248.71 |
| Social Security | -148.80 | 996.96 |
| Medicare | -34.80 | 233.16 |
| Pennsylvania State Income | -73.68 | 493.65 |
| Pennsylvania State UI | -1.68 | 11.26 |
| Lower Macungie T Local | -24.00 | 160.80 |
| Lower Macungie Twp Local | -2.00 | 14.00 |
| Net Pay | $1,924.31 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXX | XXXXXXXXX | 1924.31 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,400.00

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date:    03/27/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXX | XXXXXXXXX | 1924.31 |

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XKK 23640503 | 01/200 | 6693266 | 1 of 1 |

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

**Earnings Statement**

ADP

Period Starting: 02/23/2025
Period Ending: 03/08/2025
Pay Date: 03/13/2025

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 0     Federal:
  State: 0       State:
  Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2400.00 | 13680.00 |
| Gross Pay | | | $2,400.00 | $13,680.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.73 | 1057.98 |
| Social Security | -148.80 | 848.16 |
| Medicare | -34.80 | 198.36 |
| Pennsylvania State Income | -73.68 | 419.97 |
| Pennsylvania State UI | -1.68 | 9.58 |
| Lower Macungie T Local | -24.00 | 136.80 |
| Lower Macungie Twp Local | -2.00 | 12.00 |
| Net Pay | $1,924.31 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXX | XXXXXXXXX | 1924.31 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,400.00

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date:    03/13/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | | XXXXXXXXX | 1924.31 |

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Company Code<br>RL / XKK 23640503 | Loc/Dept<br>01/200 | Number<br>6665684 | Page<br>1 of 1 | Earnings Statement | | ADP |
|---|---|---|---|---|---|---|

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Period Starting: 02/09/2025
Period Ending: 02/22/2025
Pay Date: 02/27/2025

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
 Federal:  0                 Federal:
 State:    0                 State:
 Local:    0                 Local:
Social Security Number:    XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2400.00 | 11280.00 |
| Gross Pay | | | $2,400.00 | $11,280.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 40.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.73 | 867.25 |
| Social Security | -148.80 | 699.36 |
| Medicare | -34.80 | 163.56 |
| Pennsylvania State Income | -73.68 | 346.29 |
| Pennsylvania State UI | -1.68 | 7.90 |
| Lower Macungie T Local | -24.00 | 112.80 |
| Lower Macungie Twp Local | -2.00 | 10.00 |
| Net Pay | $1,924.31 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1924.31 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $2,400.00

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date:    02/27/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4410 | XXXXXXXXX | 1924.31 |

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XKK 23640503 | 01/200 | 6642380 | 1 of 1 |

**Earnings Statement**

ADP

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Period Starting: 01/26/2025
Period Ending: 02/08/2025
Pay Date: 02/13/2025

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
 Federal:  0     Federal:
 State:    0     State:
 Local:    0     Local:
Social Security Number: XXX-XX-XXXX

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2400.00 | 8880.00 |
| Gross Pay | | | $2,400.00 | $8,880.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.73 | 676.52 |
| Social Security | -148.80 | 550.56 |
| Medicare | -34.80 | 128.76 |
| Pennsylvania State Income | -73.68 | 272.61 |
| Pennsylvania State UI | -1.68 | 6.22 |
| Lower Macungie T Local | -24.00 | 88.80 |
| Lower Macungie Twp Local | -2.00 | 8.00 |
| Net Pay | $1,924.31 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1924.31 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $2,400.00

Gio Italian Grill LLC
6465 Village Lane Route 100
Macungie, PA 18062

Pay Date:    02/13/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4410 | XXXXXXXXX | 1924.31 |

THIS IS NOT A CHECK

Mark Shorette
2358 Jennie Avenue
Allentown, PA 18104-1029