Shorette, Stacy A   ID: 10874       Direct Deposit  D000598791A   Desc Main

| Pay Date | Gross Wages | | YTD Wages | Abs. Balance as of: | | | Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/2025 | 4,866.80 | | 24,578.98 | 04/25/2025 | | | Federal Tax | 626.97 | 22,406.26 | 1,586.73 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 299.70 | 24,249.68 | 1,503.46 |
| S | 0 | 25.00 | 0.000 | 1.000 | 0.000 | | Medicare Tax | 70.09 | 24,249.68 | 351.63 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | | | |
| | | | | | | | PA State Tax | 148.40 | 24,249.68 | 744.46 |
| ExtraCurr Activity Stipends | | | 1.00 | 0.00 | 0.00 | 2,654.00 | 2,654.00 | | | |
| | | | | | | | UC Tax | 3.41 | 24,578.98 | 17.21 |
| Hours | | | 80.00 | 0.00 | 1.50 | 27.66 | 2,212.80 | | | |
| | | | | | | | Retirement -TE | 365.01 | 24,578.98 | 1,843.42 |
| | | | | | | | Local EIT | 48.34 | 24,249.68 | 242.51 |
| | | | | | | | LST | 2.37 | | 23.70 |
| | | | | | | | Medical PPO | 30.00 | | 300.00 |
| | | | | | | | SECY Union Dues | 66.00 | | 330.00 |
| | | | | | | | TRAN Life10YR26 | 33.16 | | 331.60 |
| | | | | | | | United Way | 20.00 | | 180.00 |
| | | | | | | | VBA B-26 | 2.93 | | 29.30 |
| | | | | | | | Net Pay | | | 3,150.42 |

**May Fun Facts: Birthstone-Emerald   Flower-Lily of the Valley   Zodiac Signs-Taurus & Gemini**

Bank Information

TD Bank, N.A.                              C        3,150.42

Direct Deposit # D000598791

| Date | 05/08/2025 |
|---|---|
| Amount | $3,150.42 |

350

STACY A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

Shorette, Stacy A

| Pay Date | Gross Wages | YTD Wages | Abs. Balance Date as of: |
|---|---|---|---|
| 04/24/2025 | 2,212.80 | 19,712.18 | 04/11/2025 |

| MAR | EX | ADD FED | Personal | Sick | Vacation |
|---|---|---|---|---|---|
| S | 0 | 25.00 | 0.000 | 4.000 | 0.000 |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Hours | 80.00 | 0.00 | 1.50 | 27.66 | 2,212.80 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 174.01 | 17,937.40 | 959.76 |
| Soc. Sec. Tax | 135.15 | 19,415.81 | 1,203.76 |
| Medicare Tax | 31.61 | 19,415.81 | 281.54 |
| PA State Tax | 66.92 | 19,415.81 | 596.06 |
| UC Tax | 1.55 | 19,712.18 | 13.80 |
| Retirement -TE | 165.96 | 19,712.18 | 1,478.41 |
| Local EIT | 21.80 | 19,415.81 | 194.17 |
| LST | 2.37 | | 21.33 |
| Medical PPO | 30.00 | | 270.00 |
| SECY Union Dues | 0.00 | | 264.00 |
| TRAN Life10YR26 | 33.16 | | 298.44 |
| United Way | 20.00 | | 160.00 |
| VBA B-26 | 2.93 | | 26.37 |

Net Pay  1,527.34

**"April is a reminder that life is a beautiful, ever-renewing cycle." E.E. Cummings**

Bank Information

TD Bank, N.A.                           C        1,527.34

Direct Deposit # ...
Date  04/24/2025
Amount  $1,527.34

350

STACY A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

Shorette, Stacy A                                       Direct Deposit                BETHLEHEM AREA SCHOOL DISTRICT

| Pay Date | Gross Wages | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|---|---|---|---|
| 04/10/2025 | 2,230.23 | 17,499.38 | 03/28/2025 | Federal Tax | 175.94 | 15,923.49 | 785.75 |
| | | | | Soc. Sec. Tax | 136.23 | 17,235.94 | 1,068.61 |
| MAR EX ADD FED | Personal | Sick | Vacation | Medicare Tax | 31.86 | 17,235.94 | 249.93 |
| S   0   25.00 | 0.000 | 4.000 | 0.000 | PA State Tax | 67.46 | 17,235.94 | 529.14 |
| Payment Type | Reg  OT  Fctr | Rate | Amount | UC Tax | 1.56 | 17,499.38 | 12.25 |
| Hours | 80.00 0.42 1.50 | 27.66 | 2,230.23 | Retirement -TE | 167.27 | 17,499.38 | 1,312.45 |
| | | | | Local EIT | 21.97 | 17,235.94 | 172.37 |
| | | | | LST | 2.37 | | 18.96 |
| | | | | Medical PPO | 30.00 | | 240.00 |
| | | | | SECY Union Dues | 66.00 | | 264.00 |
| | | | | TRAN Life10YR26 | 33.16 | | 265.28 |
| | | | | United Way | 20.00 | | 140.00 |
| | | | | VBA B-26 | 2.93 | | 23.44 |
| | | | | Net Pay | | | 1,473.48 |

\*\*April Fun Facts:  Birthstone-Diamond    Flower- Sweet Pea    Zodiac Signs- Aries & Taurus \*\*

Bank Information

TD Bank, N.A.                                   C        1,473.48

Direct Deposit

| Date | 04/10/2025 |
|---|---|
| Amount | $1,473.48 |

STACY A SHORETTE                           350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

Shorette, Stacy A

| Pay Date | | | Gross Wages | | YTD Wages | Abs. Balance as of: | | |
|---|---|---|---|---|---|---|---|---|
| 03/27/2025 | | | 2,212.80 | | 15,269.15 | 03/14/2025 | | |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | | |
| M | 0 | 25.00 | 0.000 | 6.000 | 0.000 | | | |
| Payment Type | | | Reg | OT | Fctr | Rate | | Amount |
| Hours | | | 80.00 | 0.00 | 1.50 | 27.66 | | 2,212.80 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 90.03 | 13,893.46 | 609.81 |
| Soc. Sec. Tax | 135.15 | 15,038.64 | 932.38 |
| Medicare Tax | 31.61 | 15,038.64 | 218.07 |
| PA State Tax | 66.92 | 15,038.64 | 461.68 |
| UC Tax | 1.55 | 15,269.15 | 10.69 |
| Retirement -TE | 165.96 | 15,269.15 | 1,145.18 |
| Local EIT | 21.80 | 15,038.64 | 150.40 |
| LST | 2.37 | | 16.59 |
| Medical PPO | 30.00 | | 210.00 |
| SECY Union Dues | 0.00 | | 198.00 |
| TRAN Life10YR26 | 33.16 | | 232.12 |
| United Way | 20.00 | | 120.00 |
| VBA B-26 | 2.93 | | 20.51 |
| Net Pay | | | 1,611.32 |

**"You have to believe in yourself when no one else does." —Serena Williams**

Bank Information

TD Bank, N.A.                               C     1,611.32

Direct Deposit #

| Date | 03/27/2025 |
|---|---|
| Amount | $1,611.32 |

STACY A SHORETTE                    350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

Shorette, Stacy A

| Pay Date | Gross Wages | YTD Wages | Abs. Balance Date as of: |
|---|---|---|---|
| 03/13/2025 | 2,212.80 | 13,056.35 | 02/28/2025 |

| MAR | EX | ADD FED | Personal | Sick | Vacation |
|---|---|---|---|---|---|
| M | 0 | 25.00 | 0.000 | 0.000 | 0.000 |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Hours | 80.00 | 0.00 | 1.50 | 27.66 | 2,212.80 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 90.03 | 11,879.55 | 519.78 |
| Soc. Sec. Tax | 135.15 | 12,858.77 | 797.23 |
| Medicare Tax | 31.61 | 12,858.77 | 186.46 |
| PA State Tax | 66.92 | 12,858.77 | 394.76 |
| UC Tax | 1.55 | 13,056.35 | 9.14 |
| Retirement -TE | 165.96 | 13,056.35 | 979.22 |
| Local EIT | 21.80 | 12,858.77 | 128.60 |
| LST | 2.37 | | 14.22 |
| Medical PPO | 30.00 | | 180.00 |
| SECY Union Dues | 66.00 | | 198.00 |
| TRAN Life10YR26 | 33.16 | | 198.96 |
| United Way | 20.00 | | 100.00 |
| VBA B-26 | 2.93 | | 17.58 |
| Net Pay | 1,545.32 | | |

**March Fun Facts: Birthstone-Aquamarine    Flower-Daffodil    Zodiac Signs- Pisces & Aries **

Bank Information

TD Bank, N.A.                                C     1,545.32

Direct Deposit #                 2
Date    03/13/2025
Amount  $1,545.32

350

STACY A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

| Shorette, Stacy A | ID: 108774 | | Direct Deposit # D000588451 | | YTD Balance as of: | | Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | | | | | | |
| 02/27/2025 | | 2,212.80 | | 10,843.55 | | 02/14/2025 | Federal Tax | 90.03 | 9,865.64 | 429.75 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 135.15 | 10,678.90 | 662.08 |
| M | 0 | 25.00 | 0.000 | 0.000 | 0.000 | | Medicare Tax | 31.61 | 10,678.90 | 154.85 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | | | |
| | | | | | | | PA State Tax | 66.92 | 10,678.90 | 327.84 |
| Hours | | | 80.00 | 0.00 | 1.50 | 27.66 | 2,212.80 | | | |
| | | | | | | | UC Tax | 1.55 | 10,843.55 | 7.59 |
| | | | | | | | Retirement -TE | 165.96 | 10,843.55 | 813.26 |
| | | | | | | | Local EIT | 21.80 | 10,678.90 | 106.80 |
| | | | | | | | LST | 2.37 | | 11.85 |
| | | | | | | | Medical PPO | 30.00 | | 150.00 |
| | | | | | | | SECY Union Dues | 0.00 | | 132.00 |
| | | | | | | | TRAN Life10YR26 | 33.16 | | 165.80 |
| | | | | | | | United Way | 20.00 | | 80.00 |
| | | | | | | | VBA B-26 | 2.93 | | 14.65 |
| | | | | | | | Net Pay | | | 1,611.32 |

**"Integrity means doing the right thing when no one is looking."-Henry Ford**

Bank Information

TD Bank, N.A.                                             C       1,611.32

Direct Deposit # D000588451

Date  02/27/2025
Amount  $1,611.32

STACY A SHORETTE                           350
2358 JENNIE AVE
ALLENTOWN PA  18104-1029

| Shorette, Stacy A | | ID: 108774 | | Direct Deposit # D000586397 | | | BETHLEHEM AREA SCHOOL |  | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD W/H |
| 02/13/2025 | | 2,213.63 | | 8,630.75 | | 01/31/2025 | Federal Tax | 90.10 | 7,851.73 | 339.72 |
| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 135.20 | 8,499.03 | 526.93 |
| M | 0 | 25.00 | 0.000 | 0.000 | 0.000 | | Medicare Tax | 31.62 | 8,499.03 | 123.24 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 66.95 | 8,499.03 | 260.92 |
| Hours | | | 80.03 | 0.00 | 1.50 | 27.66 | 2,213.63 | UC Tax | 1.55 | 8,630.75 | 6.04 |
| | | | | | | | | Retirement -TE | 166.02 | 8,630.75 | 647.30 |
| | | | | | | | | Local EIT | 21.81 | 8,499.03 | 85.00 |
| | | | | | | | | LST | 2.37 | | 9.48 |
| | | | | | | | | Medical PPO | 30.00 | | 120.00 |
| | | | | | | | | SECY Union Dues | 66.00 | | 132.00 |
| | | | | | | | | TRAN Life10YR26 | 33.16 | | 132.64 |
| | | | | | | | | United Way | 20.00 | | 60.00 |
| | | | | | | | | VBA B-26 | 2.93 | | 11.72 |
| | | | | | | | | Net Pay | | | 1,545.92 |

**February Fun Facts: Birthstone-Amethyst    Flower-Violet    Zodiac Signs- Aquarius & Pisces**

Bank Information

TD Bank, N.A.                                              C         1,545.92

Direct Deposit # D000586397

Date   02/13/2025
Amount   $1,545.92

STACY A SHORETTE                       350
2358 JENNIE AVE
ALLENTOWN PA   18104-1029