Certificate Number: 05781-PAE-DE-039715506

Bankruptcy Case Number: 25-11799



05781-PAE-DE-039715506

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2025, at 9:43 o'clock AM PDT, Stacy Shorette completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 30, 2025                   By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President