IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: MARK A. SHORETTE ) <br> STACY A. SHORETTE ) <br> **Debtor(s)** ) <br> ) <br> CREDIT ACCEPTANCE CORPORATION ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> MARK A. SHORETTE ) <br> STACY A. SHORETTE ) <br> **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br> **Trustee** ) <br> ) | CHAPTER 13 <br><br> Case No.: 25-11799 (PMM) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about July 25, 2025 in the above matter is APPROVED.

Dated: **July 29, 2025**

BY THE COURT:

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE