Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-11799-PMM**

Mark A. Shorette  
Stacy A Shorette  
2358 Jennie Avenue  
Allentown  PA    18104

Petition Filed Date: 05/07/2025  
341 Hearing Date: 06/03/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/13/2025 | $1,605.00 | | 07/14/2025 | $1,605.00 | | | | |

**Total Receipts for the Period: $3,210.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,210.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 01S | Secured Creditors | $12,309.92 | $750.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $8,955.93 | $0.00 | $0.00 |
| 3 | M&T BANK<br>»» 002 | Unsecured Creditors | $3,359.04 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $18,519.77 | $0.00 | $0.00 |
| 5 | LENDMARK FINANCIAL SERVICES LLC<br>»» 04S | Secured Creditors | $7,290.00 | $0.00 | $0.00 |
| 6 | LENDMARK FINANCIAL SERVICES LLC<br>»» 04U | Unsecured Creditors | $2,276.61 | $0.00 | $0.00 |
| 7 | INTERCOASTAL FINANCIAL LLC<br>»» 005 | Unsecured Creditors | $1,415.68 | $0.00 | $0.00 |
| 8 | PPL ELECTRIC UTILITIES<br>»» 006 | Unsecured Creditors | $14,010.90 | $0.00 | $0.00 |
| 9 | AMERICAN FIRST FINANCE<br>»» 007 | Unsecured Creditors | $451.31 | $0.00 | $0.00 |
| 10 | AMERICAN FIRST FINANCE<br>»» 008 | Unsecured Creditors | $2,692.94 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $124.31 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $611.10 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $713.13 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $597.68 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $519.83 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $437.01 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11799-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | UNITED STATES TREASURY (IRS) <br> »» 15P | Priority Crediors | $3,015.00 | $0.00 | $0.00 |
| 18 | UNITED STATES TREASURY (IRS) <br> »» 15U | Unsecured Creditors | $603.00 | $0.00 | $0.00 |
| 19 | M&T BANK <br> »» 016 | Mortgage Arrears | $77,544.93 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT INC <br> »» 017 | Unsecured Creditors | $1,170.23 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,210.00 | Current Monthly Payment: | $1,804.00 |
| Paid to Claims: | $750.00 | Arrearages: | $2,003.00 |
| Paid to Trustee: | $176.56 | Total Plan Base: | $108,041.00 |
| Funds on Hand: | $2,283.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.