**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Mark A. Shorette<br>          Stacy A Shorette aka Stacy A Dietz<br>                                    <u>Debtors</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>                                    <u>Moving Party</u><br>          vs. | NO. 25-11799 PMM |
| Mark A. Shorette<br>Stacy A Shorette aka Stacy A Dietz<br>                                    <u>Debtors</u> | <u>11 U.S.C. Section 362</u> |
| Scott F. Waterman<br>                                    <u>Trustee</u> | |

**<u>ORDER</u>**

AND NOW, this __12th__ day of __March_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
United States Bankruptcy Judge