United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-11799-pmm

Mark A. Shorette                                                                Chapter 13

Stacy A Shorette

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 12, 2026                  Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Mark A. Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name                          Email Address**

MATTHEW K. FISSEL
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG
    on behalf of Debtor Mark A. Shorette support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Joint Debtor Stacy A Shorette support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 12, 2026                       Form ID: pdf900                          Total Noticed: 1

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Mark A. Shorette<br>Stacy A Shorette aka Stacy A Dietz<br><u>Debtors</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br><u>Moving Party</u><br>vs. | NO. 25-11799 PMM |
| Mark A. Shorette<br>Stacy A Shorette aka Stacy A Dietz<br><u>Debtors</u> | <u>11 U.S.C. Section 362</u> |
| Scott F. Waterman<br><u>Trustee</u> | |

**<u>ORDER</u>**

AND NOW, this __12th__ day of __March__, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

_____
United States Bankruptcy Judge