United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11799-pmm |
| Mark A. Shorette | Chapter 13 |
| Stacy A Shorette | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 14, 2026 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Shorette, Stacy A Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| 15016774 | + | Credit Acceptance Corporation, C/O William E. Craig, 1040 Kings Highway #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15019217 | | Email/PDF: bncnotices@becket-lee.com | May 15 2026 00:31:52 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15005805 | + | Email/Text: omx-bnc-bk-notices@chime.com | May 15 2026 00:28:00 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 15005804 | + | Email/Text: omx-bnc-bk-notices@chime.com | May 15 2026 00:28:00 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15005807 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2026 00:42:28 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15005806 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2026 00:42:29 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15005808 | + | Email/Text: ebnnotifications@creditacceptance.com | May 15 2026 00:28:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15005809 | + | Email/Text: ebnnotifications@creditacceptance.com | May 15 2026 00:28:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15005810 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2026 00:28:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15005811 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2026 00:28:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15014925 | + | Email/Text: gbechakas@outlook.com | May 15 2026 00:28:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 15014182 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2026 00:28:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 15010361 | | Email/Text: bk@lendmarkfinancial.com | May 15 2026 00:28:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 15021260 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:42:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15008483 | ^ | MEBN | May 15 2026 00:27:01 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 15026024 | ^ | MEBN | May 15 2026 00:26:52 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15005812 | | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15005813 | | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15008581 | + | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 15028203 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2026 00:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15005815 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2026 00:28:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15005814 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2026 00:28:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15009886 | + | Email/PDF: cbp@omf.com | May 15 2026 00:31:49 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15005816 | ^ | MEBN | May 15 2026 00:27:13 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 15005817 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:42:20 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15005818 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:42:24 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15005819 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 15 2026 00:31:51 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15005820 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 15 2026 00:32:06 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 15005821 | + | Email/Text: support@ymalaw.com | May 15 2026 00:28:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15019218 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 14, 2026 | Form ID: 155 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name** | **Email Address**

MATTHEW K. FISSEL

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG

on behalf of Joint Debtor Stacy A Shorette support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Mark A. Shorette support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Mark A. Shorette | ) | Case No. 25−11799−pmm |
| | ) | |
| | ) | |
|    Stacy A Shorette | ) | Chapter: 13 |
|    aka Stacy A Dietz | ) | |
|    Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 14, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court