United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-11799-pmm
Mark A. Shorette Chapter 13
Stacy A Shorette
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 27, 2026 Form ID: pdf900 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Shorette, Stacy A Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| cr | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15016774 | + | Credit Acceptance Corporation, C/O William E. Craig, 1040 Kings Highway #200, Cherry Hill, NJ 08034-1925 |
| 15150872 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 28 2026 01:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 28 2026 01:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 28 2026 01:53:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| 15019217 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2026 01:52:31 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15005805 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 28 2026 01:54:00 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 15005804 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 28 2026 01:54:00 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15005807 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:27 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15005806 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 02:03:27 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15005808 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 28 2026 01:53:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15005809 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 28 2026 01:53:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15005810 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 01:53:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15005811 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 01:53:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15014925 | + | Email/Text: gbechakas@outlook.com | Aug 28 2026 01:53:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |

| | | | | |
|---|---|---|---|---|
| 15014182 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 01:53:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 15010361 | | Email/Text: bk@lendmarkfinancial.com | Aug 28 2026 01:53:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 15021260 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15008483 | ^ | MEBN | Aug 28 2026 01:51:07 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15026024 | ^ | MEBN | Aug 28 2026 01:50:57 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15005812 | | Email/Text: camanagement@mtb.com | Aug 28 2026 01:54:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15005813 | | Email/Text: camanagement@mtb.com | Aug 28 2026 01:54:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15008581 | + | Email/Text: camanagement@mtb.com | Aug 28 2026 01:54:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 15028203 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 01:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15005815 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 01:54:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15005814 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2026 01:54:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15009886 | + | Email/PDF: cbp@omf.com | Aug 28 2026 01:52:28 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15005816 | ^ | MEBN | Aug 28 2026 01:51:14 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 15005817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15005818 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:24 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15005819 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 28 2026 02:03:53 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15005820 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 28 2026 02:03:42 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 15005821 | + | Email/Text: support@ymalaw.com | Aug 28 2026 01:54:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15019218 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Mark A. Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Stacy A Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Mark A. Shorette<br>Stacy A Shorette<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 25-11799-PMM |

**ORDER DISMISSING CHAPTER 13 CASE**

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 27, 2026**

Patricia M. Mayer

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE