Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Mark A. Shorette
Stacy A Shorette
2358 Jennie Avenue
Allentown, PA 18104

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-11799-PMM**

Petition Filed Date: 05/07/2025
341 Hearing Date: 06/03/2025
Confirmation Date: 05/14/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/03/2025 | $5,412.00 | | 12/12/2025 | $2,003.00 | | 02/04/2026 | $1,805.00 | |
| 02/19/2026 | $1,805.00 | | 03/18/2026 | $1,800.00 | | 05/01/2026 | $3,926.00 | |

**Total Receipts for the Period: $16,751.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $19,961.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,335.00 | $4,335.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 01S | Secured Creditors | $12,309.92 | $2,877.85 | $9,432.07 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $8,955.93 | $0.00 | $8,955.93 |
| 3 | M&T BANK<br>»» 002 | Unsecured Creditors | $3,359.04 | $0.00 | $3,359.04 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $18,519.77 | $0.00 | $18,519.77 |
| 5 | LENDMARK FINANCIAL SERVICES LLC<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LENDMARK FINANCIAL SERVICES LLC<br>»» 04U | Unsecured Creditors | $2,276.61 | $0.00 | $2,276.61 |
| 7 | INTERCOASTAL FINANCIAL LLC<br>»» 005 | Unsecured Creditors | $1,415.68 | $0.00 | $1,415.68 |
| 8 | PPL ELECTRIC UTILITIES<br>»» 006 | Unsecured Creditors | $14,010.90 | $0.00 | $14,010.90 |
| 9 | AMERICAN FIRST FINANCE<br>»» 007 | Unsecured Creditors | $451.31 | $0.00 | $451.31 |
| 10 | AMERICAN FIRST FINANCE<br>»» 008 | Unsecured Creditors | $2,692.94 | $0.00 | $2,692.94 |
| 11 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $124.31 | $0.00 | $124.31 |
| 12 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $611.10 | $0.00 | $611.10 |
| 13 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $713.13 | $0.00 | $713.13 |

**Chapter 13 Case No. 25-11799-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $597.68 | $0.00 | $597.68 |
| 15 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $519.83 | $0.00 | $519.83 |
| 16 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $437.01 | $0.00 | $437.01 |
| 17 | UNITED STATES TREASURY (IRS)<br>»» 15P | Priority Crediors | $3,005.90 | $3,005.90 | $0.00 |
| 18 | UNITED STATES TREASURY (IRS)<br>»» 15U | Unsecured Creditors | $1,122.00 | $0.00 | $1,122.00 |
| 19 | M&T BANK<br>»» 16A | Mortgage Arrears | $80,423.50 | $7,729.10 | $72,694.40 |
| 20 | MIDLAND CREDIT MANAGEMENT INC<br>»» 017 | Unsecured Creditors | $1,170.23 | $0.00 | $1,170.23 |
| 21 | M&T BANK<br>»» 16B | Mortgage Arrears | $5,689.26 | $546.77 | $5,142.49 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,961.00 | Current Monthly Payment: | $1,991.00 |
| Paid to Claims: | $18,494.62 | Arrearages: | $7,964.00 |
| Paid to Trustee: | $1,466.38 | Total Plan Base: | $117,520.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.